32 So.2d 179

**Ernest HIGH v. STATE.**

4 Div. 994.

Court of Appeals of Alabama.
April 22, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

29 So.2d 898

**Eugene HILL v. STATE.**

2 Div. 749.

Court of Appeals of Alabama.
Nov. 5, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

32 So.2d 179

**Claude HINTON and Peter Pride, Doing Business as Delview Dairy v. George E. CLOUDUS.**

6 Div. 410.

Court of Appeals of Alabama.
April 24, 1947.

PER CURIAM.
Appeal dismissed, want of prosecution.

35 So.2d 921

**M. T. HOBSON v. STATE.**

6 Div. 567.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

34 So.2d 33

**James HOLLINGHEAD v. STATE.**

4 Div. 40.

Court of Appeals of Alabama.
Jan. 20, 1948.

C. B. Fuller, of Andalusia, for appellant.
A. A. Carmichael, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

29 So.2d 898

**Fred HOPKINS v. STATE.**

6 Div. 365.

Court of Appeals of Alabama.
Jan. 7, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.